

# THE THIRTEENTH COURT OF APPEALS

---

## 13-23-00183-CR

---

Luis DeLeon Jr.
v.
The State of Texas

---

On Appeal from the
454th  Judicial District Court of Medina County, Texas
Trial Court Cause No. 21-09-14171-CR

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

August 15, 2024